UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JESSE ROBINSON, | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:17-CV-02699 JAR |
| PARTNERS FINANCIAL SERVICES, INC., et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant Partners Financial Services, Inc.'s ("Partners") Motion to Remand to State Court. (Doc. 8.) Partners argues that removal was improper because it did not consent. (Doc. 9.) Plaintiff has not responded.

On October 5, 2017, Plaintiff sued Partners and co-Defendant Trans Union, LLC under the Fair Debt Collections Practices Act, 15 U.S.C. § 1692 et seq. and the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq., alleging that Trans Union and its retained agent Partners improperly attempted to collect on an allegedly defaulted mortgage loan. (Doc. 1-3.) On November 9, 2017, Trans Union removed the suit to federal court on the basis of federal question jurisdiction. (Doc. 1.) In its notice of removal, Trans Union stated that it was unaware of any other named defendant that had been served. (*Id*. at ¶ 5.)

On December 11, 2017, Partners filed this Motion to Remand, arguing that it had not consented to removal. (Doc. 8, 9.) Shortly thereafter, Trans Union filed a "Notice of Non-Opposition" to Partner's motion. (Doc. 10.) To date, Plaintiff has filed no opposition to remand. In the meantime, Plaintiff voluntarily dismissed with prejudice his claims against Trans Union.

(Doc. 11.)

Plaintiff did not respond to Partners' motion, so the Court ordered him to show cause why remand should not be granted. (Doc. 13.) The deadline for doing so has passed and Plaintiff has not responded to the Court's order.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Partners Financial Services, Inc.'s ("Partners") Motion to Remand to State Court (Doc. 8), is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **REMANDED** to the Circuit Court for the Twenty-First Judicial Circuit, St. Louis County, State of Missouri.

Dated this 30th day of May, 2018.

_____
**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**